

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00763-CR & 04-23-00764-CR

Jerry L. **MASSEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR4026W & 2023CR4027W
Honorable Joel Perez, Judge Presiding

PER CURIAM

Sitting:    Luz Elena D. Chapa, Justice
           Irene Rios, Justice
           Beth Watkins, Justice

Delivered and Filed: October 11, 2023

DISMISSED FOR LACK OF JURISDICTION

Pursuant to a plea bargain, appellant was placed on community supervision in June 2023. On July 19, 2023, the trial court signed an "Order Amending Conditions of Community Supervision." On August 9, 2023, appellant filed a pro se notice of appeal, appealing the trial court's order. Because this court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision, we ordered appellant to show cause why this appeal should not be dismissed. *See Davis v. State*, 195 S.W.3d 708, 710-11 (Tex.

Crim. App. 2006); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

Appellant's counsel filed a response "agree[ing]" this court "does not have jurisdiction." He contended, however, he was moving for reconsideration in the trial court and moved this court to stay the appeal and remand the case to the trial court for his reconsideration motion. Appellant also concedes the trial court still has jurisdiction because appellant was on deferred adjudication and no final judgment had been entered in the case.

Accordingly, we deny appellant's motion for a stay and dismiss appeal nos. 04-23-00763-CR & 04-23-00764-CR for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH